**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 05-275-JO   **Date of Proceeding:** 5/3/06

**Case Title:** Schalk v. United Parcel Service, Inc.

**Presiding Judge:** Robert E. Jones   **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None   **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER:

Motion (#21) for summary judgment is under advisement as of 5/10/06.

**PLAINTIFF'S COUNSEL**      **DEFENDANT'S COUNSEL**

**DOCUMENT NO:**
cc:   { } All counsel      **CIVIL MINUTES**

**Civil Minutes**   **Honorable Robert E. Jones**
**Revised 4/23/91**